# Court of Appeals
# of the State of Georgia

ATLANTA,___March 23, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1166. JIMMY LAVAUGHN LEWIS v. THE STATE.**

On October 29, 2014, Jimmy Lavaughn Lewis pled guilty to possession of methamphetamine with intent to distribute and two traffic offenses. On May 20, 2015, Lewis filed a pro se motion for leave to file an out of time appeal. On June 15, 2015, the trial court denied the motion. On July 16, 2015, Lewis filed a pro se notice of appeal to this Court. A notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Lewis's notice of appeal, filed 31 days after entry of the order, is untimely, and this appeal is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
　　　Clerk's Office, Atlanta,_____03/23/2016_____
　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*